HAROLD F. KEMP et al., on Behalf of Themselves and All Others Equally Interested, Respondents, *v.* SOPHIE RUBIN et al., Appellants.

Submitted April 12, 1948; decided April 22, 1948.

*Frederick W. Newton* for motion.

*Andrew W. Weinberger, Paul R. Silverstein* and *Irving Schuh* opposed.

Motion denied, with $10 costs.